JIM BERRY v. STATE.

No. A-690.   Opinion Filed October 14, 1911.

Appeal from Carter County Court; I. R. Mason, Judge.

Jim Berry was convicted of selling intoxicating liquor, and appeals. Affirmed.

Sam H. Butler, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Carter county on the 29th day of January, 1910, on a charge of selling intoxicating liquor and his punishment fixed at a fine of one hundred dollars and imprisonment in the county jail for a period of thirty days.   On a careful examination of the record we find no error sufficient to justify a reversal of this cause.   The judgment of the trial court is therefore affirmed.

BOB POWELL v. STATE.

No. A-977.   Opinion Filed October 14, 1911.

Appeal from Grady County Court; N. M. Williams, Judge.

PER CURIAM.   Bob Powell, plaintiff in error, was convicted of the crime of having unlawful possession of intoxicating liquor with intent to sell the same contrary to law, and was, on the 9th day of September, 1910, sentenced to be confined in the county jail for ninety days and pay a fine of two hundred and fifty dollars and costs, and on failure to pay such fine, that he be further so confined until the same is satisfied according to law.   From which judgment an appeal was taken by filing in this court on December 19th, 1910, a petition in error with case-made. Plaintiff in error on October 6, 1911, filed a motion to dismiss his appeal, which motion is sustained and said appeal is accordingly dismissed and the cause remanded to the county court of Grady county with direction to enforce the judgment and sentence.